UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-CV-62956-MGC

HOWARD COHAN,

        Plaintiff,

vs.

SILVER SEAS BEACH CLUB ASSOCIATION,
INC., d/b/a SILVER SEAS BEACH CLUB,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, by and through undersigned counsel, hereby notifies the Court that the parties are in the process of executing the Settlement Agreement and request twenty (20) days to finalize the settlement and file for dismissal of this matter. The Parties request that the Court stay all matters and pending deadlines in this Action and grant the Parties twenty (20) days to finalize their written settlement agreement and to submit the appropriate notices and/or motions to the Court regarding dismissal of the Action.

## CERTIFICATE OF SERVICE

I certify that February 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email and via transmission of Notices of Electronic Filing generated by CM/ECF.

        Respectfully submitted,

        MARK D. COHEN, P.A.
        Co-Counsel for Plaintiff
        Presidential Circle
        4000 Hollywood Blvd., Ste. 435 So.
        Hollywood, Florida 33021
        Telephone (954) 962-1166
        Facsimile (954) 962-1779

        /s/ Mark D. Cohen
        Mark D. Cohen, Esquire
        Email: mdcohenpa@yahoo.com
        Florida Bar No.: 347345