UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-Civ-62956-COOKE/TORRES

HOWARD COHAN,

    Plaintiff,

vs.

SILVER SEAS BEACH CLUB ASSOCIATION,
INC., d/b/a SILVER SEAS BEACH CLUB,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Stip. of Dismissal with Prejudice, ECF No. 15. The Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 19th day of May 2015.

*(signed)* Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of Record*